THE SINGER MANUFACTURING CO. v. JOHN PAUL.

From the Marshall Circuit Court.

C. H. Reeve, C. W. Smith, and R. O. Hawkins, for appellant.

PER CURIAM.—This was an action by the appellant against the appellee.    Issue, trial by the court, finding and judgment for the defendant, a motion for a new trial being overruled, and exception taken.

Upon an examination of the evidence in the cause, we are of opinion, that a new trial should have been granted.    The suit was upon a note executed to the plaintiff by the defendant by the name of " E. Paul."    The note was given for a balance due the plaintiff for sewing machines ordered by the defendant by the name of E. Paul.    In the purchase and sale of the sewing machines and the giving of the notes, the plaintiff supposed that the defendant's name was E. Paul.    The

defendant was doing business under the name of E. Paul, and the plaintiff had no reason to suppose that E. Paul was any other person than the defendant. It was claimed by the defendant that the initial E. was intended for Eliza, his wife, for whom he claimed to have been doing business, as her agent, and that the note was hers, and not his. Under the circumstances disclosed by the evidence, we think it clear that the note should be regarded as the note of the defendant, even if his wife had had the legal power to constitute him her agent, with authority to bind her by the execution of the note. The note was in the usual form, and signed simply "E. Paul."

The defendant also relied upon his discharge in bankruptcy. But passing over some objections which are urged against the discharge, as that the debt was fraudulently contracted, we think it was sufficiently established that he promised, after the discharge, to pay the note. We think the ends of justice will be promoted by a new trial of the cause.

The judgment below is reversed, with costs, and the cause remanded for a new trial.